**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANNIE M. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant(s). | Case No.: C-17-cv-4782 -YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has read and reviewed the filings in this matter in advance of the Case Management Conference scheduled for December 18, 2017 and hereby **SETS** the pretrial dates listed below. The Court further finds a conference unnecessary at this time and hereby **VACATES** the same. The parties' proposed schedule appears unwarranted in length given the lack of formal discovery required in ERISA cases. The Court has insufficient information to set a trial date at this time. Accordingly, the Court **ORDERS** as follows:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 20, 2018 at 2:00 p.m. |
| REFERRED TO COURT MEDIATION TO BE COMPLETED BY: | 120 days from the date of this Order |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Must obtain leave |
| DISCOVERY CUTOFF (OF ANY KIND, TO THE EXTENT ALLOWED/WARRANTED): | July 2, 2018 |
| TRIAL/SUMMARY JUDGMENT OPENING BRIEFS | September 4, 2018 |
| RESPONSIVE BRIEFS | October 2, 2018 |
| HEARING, NON-EVIDENTIARY[1]: | October 23, 2018 at 2:00 p.m. |

---
[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment. Such process shall apply to the trial briefs filed in this matter.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 14, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**